**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION**

| | |
|---|---|
| Cephus B. Glenn,<br><br>                    Plaintiff,<br><br>vs.<br><br>AshTech Corporation,<br><br>                    Defendant. | C/A NO.: 8:17-cv-01487-TMC<br><br><br>**STIPULATION OF DISMISSAL
*WITH* PREJUDICE** |

WHEREFORE the parties, Plaintiff Cephus B. Glenn and Defendant AshTech Corporation, have reached a negotiated resolution of this dispute, they hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is dismissed *with* prejudice.

**WE SO STIPULATE AND AGREE:**

s/Christopher P. Kenney_____
Richard A. Harpootlian (Fed ID No. 1730)
Christopher P. Kenney (Fed ID No. 11314)
Phillip D. Barber (Fed ID No. 12816)
RICHARD A. HARPOOTLIAN P.A.
1410 Laurel Street
Post Office Box 1090
Columbia, South Carolina 29202
Phone (803) 252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com
cpk@harpootlianlaw.com
pdb@harpootlianlaw.com

ATTORNEYS FOR PLAINTIFF
CEPHUS B. GLENN

April 2, 2019
Columbia, South Carolina.

s/George V. Hanna, IV_____
George V. Hanna, IV, Fed, ID # 7419
Jeffrey I. Silverberg, Fed, ID # 11529
Howser, Newman & Besley, LLC
1508 Washington Street
P.O. Box 12009
Columbia, South Carolina 29211
(803) 758-6000
ghanna@hnblaw.com
jsilverberg@hnblaw.com

ATTORNEYS FOR DEFENDANT
ASHTECH CORPORATION